# Exhibit A



**Tri-State Paper Co.**
149 e. church st.
Blackwood, NJ 08012
215-455-4506
215-455-4509

**Statement**

*Page 1 of 1*

*17-Nov-2023*

| Customer |
| --- |

HOLY TOMATO
9 S BLACK HORSE PIKE

BLACKWOOD, NJ 08012

| | Account# | Total Due | Current |
| --- | --- | --- | --- |
| | HOLYT100 | $5,820.47 | ($142.71) |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
| --- | --- | --- | --- | --- |
| $0.00 | $125.50 | $804.23 | $643.89 | $4,389.56 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2027311 | 11-Nov-22 | **11-Nov-22** | IN | $169.79 | **$169.79** | Delinquent | |
| 2028349 | 28-Dec-22 | **28-Dec-22** | IN | $153.80 | **$153.80** | Delinquent | |
| 2028630 | 11-Jan-23 | **11-Jan-23** | IN | $212.48 | **$212.48** | Delinquent | |
| 2028801 | 19-Jan-23 | **19-Jan-23** | IN | $270.30 | **$270.30** | Delinquent | |
| 2028965 | 27-Jan-23 | **27-Jan-23** | IN | $234.45 | **$234.45** | Delinquent | |
| OP2044 | 7-Feb-23 | **7-Feb-23** | OP | ($142.71) | **($142.71)** | Credit | |
| 2029233 | 8-Feb-23 | **8-Feb-23** | IN | $173.47 | **$173.47** | Delinquent | |
| 2029357 | 14-Feb-23 | **14-Feb-23** | IN | $204.25 | **$204.25** | Delinquent | |
| 2029557 | 22-Feb-23 | **22-Feb-23** | IN | $128.48 | **$128.48** | Delinquent | |
| 2030033 | 16-Mar-23 | **16-Mar-23** | IN | $358.94 | **$358.94** | Delinquent | |
| 2030157 | 23-Mar-23 | **23-Mar-23** | IN | $202.47 | **$202.47** | Delinquent | |
| 2030460 | 5-Apr-23 | **5-Apr-23** | IN | $202.47 | **$202.47** | Delinquent | |
| 2030614 | 14-Apr-23 | **14-Apr-23** | IN | $144.47 | **$144.47** | Delinquent | |
| 2030813 | 26-Apr-23 | **26-Apr-23** | IN | $203.47 | **$203.47** | Delinquent | |
| 2030948 | 28-Apr-23 | **28-Apr-23** | IN | $287.47 | **$287.47** | Delinquent | send 18 & 1 10 1 b |
| 2030954 | 28-Apr-23 | **28-Apr-23** | IN | $144.47 | **$144.47** | Delinquent | DELIVERED SAT |
| 2031330 | 18-May-23 | **18-May-23** | IN | $189.46 | **$189.46** | Delinquent | |
| 2031467 | 25-May-23 | **25-May-23** | IN | $189.46 | **$189.46** | Delinquent | |
| 2031640 | 2-Jun-23 | **2-Jun-23** | IN | $158.48 | **$158.48** | Delinquent | |
| 2031800 | 9-Jun-23 | **9-Jun-23** | IN | $157.48 | **$157.48** | Delinquent | |
| 2031919 | 16-Jun-23 | **16-Jun-23** | IN | $96.50 | **$96.50** | Delinquent | |
| 2032210 | 30-Jun-23 | **30-Jun-23** | IN | $173.47 | **$173.47** | Delinquent | |
| 2032288 | 7-Jul-23 | **7-Jul-23** | IN | $144.47 | **$144.47** | Delinquent | |
| 2032452 | 14-Jul-23 | **14-Jul-23** | IN | $189.46 | **$189.46** | Delinquent | |
| 2032553 | 21-Jul-23 | **21-Jul-23** | IN | $144.47 | **$144.47** | Delinquent | |
| 2032713 | 28-Jul-23 | **28-Jul-23** | IN | $144.47 | **$144.47** | Delinquent | |
| 2032798 | 4-Aug-23 | **4-Aug-23** | IN | $128.48 | **$128.48** | Delinquent | |
| 2032926 | 11-Aug-23 | **11-Aug-23** | IN | $226.47 | **$226.47** | Delinquent | |
| 2033081 | 21-Aug-23 | **21-Aug-23** | IN | $167.47 | **$167.47** | Delinquent | |
| 2033221 | 26-Aug-23 | **26-Aug-23** | IN | $177.34 | **$177.34** | Delinquent | |
| 2033323 | 1-Sep-23 | **1-Sep-23** | IN | $167.47 | **$167.47** | Delinquent | |
| 2033420 | 8-Sep-23 | **8-Sep-23** | IN | $124.48 | **$124.48** | Delinquent | |
| 2033530 | 15-Sep-23 | **15-Sep-23** | IN | $167.47 | **$167.47** | Delinquent | |
| 2033654 | 23-Sep-23 | **23-Sep-23** | IN | $125.50 | **$125.50** | Delinquent | |