*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tri−State Paper, Inc.<br>    Debtor(s) | Case No. 23−13237−pmm<br>Chapter 11 |
| Tri−State Paper, Inc.<br>Plaintiff<br><br>v.<br><br>Holy Tomato LLC<br>Defendant | Adversary No. 23−00096−pmm |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

    AND NOW, in accordance with Request for Entry of Default Judgment, Declaration and Certificate of Service it is

    ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Tri−State Paper, Inc. and against Defendant, Holy Tomato LLC in the amount of Five Thousand Eight Hundred Twenty Dollars and Forty Seven Cents. ($5,820.47) plus court filing costs in the amount of Three Hundred Fifty Dollars. ($350.00), for a total of Six Thousand One Hundred Seventy Dollars and Forty Seven Cents ($6,170.47) sum certain.

Date: February 9, 2024

FOR THE COURT

ATTEST:

_____
Timothy B. McGrath
Clerk of Court